# *VIRGINIA:*

*In the Court of Appeals of Virginia on* **Tuesday** *the* **19th** *day of* **March, 2024**.

Roy Black,                                                                                              Appellant,

against          Record No. 0445-23-2
                 Circuit Court No. CL19-4570-1

C.T. Woody, Jr., et al.,                                                               Appellees.

From the Circuit Court of the City of Richmond

For reasons appearing to the Court, the opinion previously rendered herein this date is withdrawn and the mandate is vacated.

A Copy,

Teste:

A. John Vollino, Clerk

By:     *original order signed by a deputy clerk of the Court of Appeals of Virginia at the direction of the Court*

Deputy Clerk